IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| HERMAN MORRIS, | * |
|     Petitioner, | * |
| vs. | *     CASE NO. 4:11-CV-189 (CDL) |
| GREGORY McLAUGHLIN, Warden, | * |
|     Respondent. | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 6, 2012, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

Furthermore, for the reasons stated by the Magistrate Judge in his recommendation that a Certificate of Appealability be denied, the Court also finds that a Certificate of Appealability is not appropriate and therefore is denied.

IT IS SO ORDERED, this 16th day of October, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE